# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          §
                                                §
                                                §
GRIGGS, MICHAEL                                 §    Case No. 11-13673
GRIGGS, CONNIE                                  §
                                                §
                                                §
        Debtor(s)                               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               CLERK OF THE COURT
               219 South Dearborn
               Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 02/14/2014 in Courtroom ,
               Joliet City Hall
               150 West Jefferson, 2nd Floor
               Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/16/2014                         By: CLERK OF THE COURT


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
　　§
GRIGGS, MICHAEL § Case No. 11-13673
GRIGGS, CONNIE §
　　§
　　§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 31,109.63 |
| and approved disbursements of | $ | 20.24 |
| leaving a balance on hand of[1] | $ | 31,089.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000003 | American Honda Finance Corporation | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 31,089.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 3,860.96 | $ 0.00 | $ 3,860.96 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 14.40 | $ 0.00 | $ 14.40 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,875.36 |
| Remaining Balance | $ 27,214.03 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,805.20 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Department of Treasury-Internal Revenue Service | $ 8,805.20 | $ 0.00 | $ 8,805.20 |
| | Total to be paid to priority creditors | | | $ 8,805.20 |
| | Remaining Balance | | | $ 18,408.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 181,422.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Iowa Student Loan | $ 11,637.82 | $ 0.00 | $ 1,180.88 |
| 000002 | Sallie Mae Inc. on behalf of USA FUNDS | $ 57,000.94 | $ 0.00 | $ 5,783.85 |
| 000004 | American Honda Finance Corporation | $ 2,000.00 | $ 0.00 | $ 202.94 |
| 000005 | Portfolio Recovery Associates | $ 9,853.45 | $ 0.00 | $ 999.82 |
| 000006 | Portfolio Recovery Associates | $ 9,869.87 | $ 0.00 | $ 1,001.49 |
| 000007 | Us Dept Of Education | $ 63,241.85 | $ 0.00 | $ 6,417.11 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | eCAST Settlement Corporation, assignee | $ 12,419.04 | $ 0.00 | $ 1,260.15 |
| 000010 | American Express Centurion Bank | $ 7,213.58 | $ 0.00 | $ 731.96 |
| 000011 | American Express Centurion Bank | $ 8,186.00 | $ 0.00 | $ 830.63 |

Total to be paid to timely general unsecured creditors     $     18,408.83

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-13673-BWB
Michael Griggs                                                      Chapter 7
Connie Griggs
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: pseamann              Page 1 of 2        Date Rcvd: Jan 17, 2014
                            Form ID: pdf006             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2014.
db         #+Michael Griggs,    366 Andove Dr.,    Oswego, IL 60543-4011
jdb        #+Connie Griggs,    366 Andove Dr.,    Oswego, IL 60543-4011
17616584      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17054278     +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
17283286    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court:  FIA Card Services, NA as successor in interest to,
              Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE 19886-5102)
17054279     +Bank Of America,    55 Challenger Rd.,    Ridgefield Park, NJ 07660-2102
17054275     +C David Ward,    2756 Route 34,    Oswego, IL 60543-8301
17054280      Codilis & Associates P.C.,    15 W 030 North Frontage Rd, Suite 100,    Burr Ridge, IL  60527
17085863     +GMAC Mortgage, LLC,    c/o Codilis & Associates, PC,    15W030 North Frontage Rd., Suite 100,
              Burr Ridge, IL 60527-6921
17054281     +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
17054274     +Griggs Connie,    366 Andove Dr,    Oswego, IL 60543-4011
17054273     +Griggs Michael,    366 Andove Dr,    Oswego, IL 60543-4011
17054282     +Iowa Student Loan,    6805 Vista Dr,    West Des Moines, IA 50266-9307
17689209    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates,    PO Box 41067,    Norfolk VA 23541)
17225072    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, OH 45201)
17054284     +Unvl/citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
17054286     +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
17435837      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,    POB 29262,
              New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17054276      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 18 2014 00:46:53     American Honda Finance,
              2170 Point Blvd Ste 100,    Elgin, IL  60123
17223168      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 18 2014 00:46:53
              American Honda Finance Corporation,    P.O. Box 168088,    Irving, TX 75016-8088
17054277      E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 18 2014 00:46:53
              American Honda Finance Corporation,    Po Box 5308,    Elgin, IL  60121-5308
19575164     +E-mail/Text: cio.bncmail@irs.gov Jan 18 2014 00:46:02
              Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
17351918      E-mail/Text: cio.bncmail@irs.gov Jan 18 2014 00:46:02     Department of the Treasury,
              Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
17054283     +E-mail/PDF: pa_dc_claims@salliemae.com Jan 18 2014 00:57:12     Sallie Mae,    Po Box 9500,
              Wilkes Barre, PA 18773-9500
17221876      E-mail/PDF: pa_dc_litigation@salliemae.com Jan 18 2014 00:55:33
              Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17616585*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17054285*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank/na Nd,    4325 17th Ave S,    Fargo, ND  58125)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2014                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1           User: pseamann              Page 2 of 2               Date Rcvd: Jan 17, 2014
                               Form ID: pdf006             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2014 at the address(es) listed below:
              C David Ward    on behalf of Joint Debtor Connie  Griggs cdward1945@yahoo.com,  ladylaw1031@msn.com
              C David Ward    on behalf of Debtor Michael  Griggs cdward1945@yahoo.com,  ladylaw1031@msn.com
              Gerald  Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              Maria  Georgopoulos    on behalf of Creditor    GMAC Mortgage, LLC nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Rachael A Stokas    on behalf of Creditor    GMAC Mortgage, LLC ND-Two@il.cslegal.com
                                                                                             TOTAL: 8
```