UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                          §
                                §
                                §
GRIGGS, MICHAEL                 §      Case No. 11-13673
GRIGGS, CONNIE                  §
                                §
                                §
        Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter     on          , and it was converted to chapter 7 on          . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Peter N. Metrou, Trustee_____
                                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 |  |  |  |  |  |
|  | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis & Associates P.C. 15 W 030 North Frontage Rd, Suite 100 Burr Ridge, IL 60527 | | | | | |
| | Gmac Mortgage Po Box 4622 Waterloo, IA  50704 | | | | | |
| 000009 | GMAC MORTGAGE, LLC | | | | | |
| 000003 | AMERICAN HONDA FINANCE CORPORATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex P.o. Box 981537 El Paso, TX  79998 | | | | | |
| | Amex P.o. Box 981537 El Paso, TX  79998 | | | | | |
| | Amex P.o. Box 981537 El Paso, TX  79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex P.o. Box 981537 El Paso, TX  79998 | | | | | |
| | Bank Of America 55 Challenger Rd. Ridgefield Park, NJ  07660 | | | | | |
| | Iowa Student Loan 6805 Vista Dr # I West Des Moines, IA 50266 | | | | | |
| | Sallie Mae Po Box 9500 Wilkes Barre, PA  18773 | | | | | |
| | Unvl/citi Po Box 6241 Sioux Falls, SD  57117 | | | | | |
| | Us Bank/na Nd 4325 17th Ave S Fargo, ND  58125 | | | | | |
| | Us Dept Of Education Po Box 5609 Greenville, TX  75403 | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | AMERICAN HONDA FINANCE CORPORATION | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000001 | IOWA STUDENT LOAN | | | | | |
| 000006 | PORTFOLIO RECOVERY ASSOCIATES | | | | | |
| 000005 | PORTFOLIO RECOVERY ASSOCIATES | | | | | |
| 000002 | SALLIE MAE INC. ON BEHALF OF USA FU | | | | | |
| 000007 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-13673 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GRIGGS, MICHAEL | | | | Date Filed (f) or Converted (c): | 07/06/12 (c) |
| | GRIGGS, CONNIE | | | | 341(a) Meeting Date: | 08/16/12 |
| For Period Ending: | 05/01/14 | | | | Claims Bar Date: | 01/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence at 366 Andover Dr., Oswego, IL 60543 | 311,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on hand. | 100.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America checking account. | 5,164.00 | 0.00 | | 0.00 | FA |
| 4. Bank of America savings account. | 157.87 | 0.00 | | 0.00 | FA |
| 5. PNC checking account. | 273.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings. | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing apparel. | 800.00 | 0.00 | | 0.00 | FA |
| 8. AT & T Retirement Savings Plan | 9,917.45 | 0.00 | | 0.00 | FA |
| 9. BP Retirement Savings Plan | 37,222.32 | 0.00 | | 0.00 | FA |
| 10. 2007 Honda Accord EX (leased) | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2005 Chrysler T&C | 4,000.00 | 0.00 | | 0.00 | FA |
| 12. 2010 Honda Accord EX-L (leased) | 0.00 | 0.00 | | 0.00 | FA |
| 13. Inheritance (u) | 0.00 | 0.00 | | 31,109.63 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $369,634.64 | $0.00 | | $31,109.63 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 1-16-14.

Initial Projected Date of Final Report (TFR): 03/31/13    Current Projected Date of Final Report (TFR): 03/31/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 17.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-13673 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | GRIGGS, MICHAEL | Bank Name: | Congressional Bank |
|  | GRIGGS, CONNIE | Account Number / CD #: | *******0259 Checking Account |
| Taxpayer ID No: | *******0845 |  |  |
| For Period Ending: | 05/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 11/07/13 | 13 | REXJ RIDENOUR | PROBATE SETTLEMENT | 1229-000 | 31,109.63 |  | 31,109.63 |
| 12/15/13 |  | CONGRESSIONAL BANK | BANK SERVICE FEES 12/13 | 2600-000 |  | 20.24 | 31,089.39 |
| 02/20/14 | 001001 | PETER N METROU | Chapter 7 Compensation/Expense |  |  | 3,875.36 | 27,214.03 |
|  |  | 123 W. WASHINGTON STREET |  |  |  |  |  |
|  |  | SUITE 216 |  |  |  |  |  |
|  |  | OSWEGO, IL 60543 |  |  |  |  |  |
|  |  |  | Fees 3,860.96 | 2100-000 |  |  |  |
|  |  |  | Expenses 14.40 | 2200-000 |  |  |  |
| 02/20/14 | 001002 | Department of Treasury-Internal Revenue Service | Claim 000012, Payment 100.00000% | 5800-000 |  | 8,805.20 | 18,408.83 |
|  |  | PO Box 7346 |  |  |  |  |  |
|  |  | Philadelphia, PA 19914 |  |  |  |  |  |
| 02/20/14 | 001003 | Iowa Student Loan | Claim 000001, Payment 10.14692% | 7100-000 |  | 1,180.88 | 17,227.95 |
|  |  | 6805 Vista Dr |  |  |  |  |  |
|  |  | West Des Moines, IA 50266 |  |  |  |  |  |
| 02/20/14 | 001004 | Sallie Mae Inc. on behalf of USA FUNDS | Claim 000002, Payment 10.14694% | 7100-000 |  | 5,783.85 | 11,444.10 |
|  |  | Attn: Bankruptcy Litigation Unit E3149 |  |  |  |  |  |
|  |  | P.O. Box 9430 |  |  |  |  |  |
|  |  | Wilkes-Barre, PA 18773-9430 |  |  |  |  |  |
| 02/20/14 | 001005 | American Honda Finance Corporation | Claim 000004, Payment 10.14700% | 7100-000 |  | 202.94 | 11,241.16 |
|  |  | P.O. Box 168088 |  |  |  |  |  |
|  |  | Irving, TX 75016-8088 |  |  |  |  |  |
| 02/20/14 | 001006 | Portfolio Recovery Associates | Claim 000005, Payment 10.14690% | 7100-000 |  | 999.82 | 10,241.34 |
|  |  | PO Box 41067 |  |  |  |  |  |
|  |  | Norfolk VA 23541 |  |  |  |  |  |
| 02/20/14 | 001007 | Portfolio Recovery Associates | Claim 000006, Payment 10.14694% | 7100-000 |  | 1,001.49 | 9,239.85 |
|  |  | PO Box 41067 |  |  |  |  |  |
|  |  | Norfolk VA 23541 |  |  |  |  |  |
| 02/20/14 | 001008 | Us Dept Of Education | Claim 000007, Payment 10.14694% | 7100-000 |  | 6,417.11 | 2,822.74 |

Page Subtotals 31,109.63 28,286.89

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Case 11-13673   Doc 84   Filed 05/22/14   Entered 05/22/14 14:57:58   Desc Main
Document      Page 10 of 11

Page: 2

FORM 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-13673 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | GRIGGS, MICHAEL | Bank Name: | Congressional Bank |
|  | GRIGGS, CONNIE | Account Number / CD #: | *******0259  Checking Account |
| Taxpayer ID No: | *******0845 | | |
| For Period Ending: | 05/01/14 | Blanket Bond (per case limit): | $ 71,065,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/20/14 | 001009 | Po Box 5609<br>Greenville, TX 75403<br>eCAST Settlement Corporation, assignee<br>of Citibank (South Dakota), N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000008, Payment 10.14692% | 7100-000 | | 1,260.15 | 1,562.59 |
| 02/20/14 | 001010 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000010, Payment 10.14697% | 7100-000 | | 731.96 | 830.63 |
| 02/20/14 | 001011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 10.14696% | 7100-000 | | 830.63 | 0.00 |

|  | COLUMN TOTALS | 31,109.63 | 31,109.63 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 31,109.63 | 31,109.63 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 31,109.63 | 31,109.63 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0259 | 31,109.63 | 31,109.63 | 0.00 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 31,109.63 | 31,109.63 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    2,822.74

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-13673 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | GRIGGS, MICHAEL | | Bank Name: | Congressional Bank |
| | GRIGGS, CONNIE | | Account Number / CD #: | *******0259  Checking Account |
| Taxpayer ID No: | *******0845 | | | |
| For Period Ending: | 05/01/14 | | Blanket Bond (per case limit): | $ 71,065,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*